# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| ROSA GRAJEDA and JOSE GRAJEDA, | § | |
| | § | |
| *Plaintiffs*, | § | |
| v. | § | EP-17-CV-00338-DCG |
| | § | |
| LIBERTY MUTUAL INSURANCE | § | |
| COMPANY and KIMBERLY FIRSZT, | § | |
| | § | |
| *Defendants*. | § | |

## FINAL JUDGMENT

In accordance with the Court's "Order Dismissing Case for Want of Prosecution" issued this date in this action, the Court enters, pursuant to Federal Rule of Civil Procedure 58, its Final Judgment disposing of this action in its entirety. There being no just cause for delay, this is a **FINAL** and **APPEALABLE** judgment.

**IT IS ORDERED** that Plaintiffs Rosa Grejeda and Jose Grajeda's claims against Defendants Liberty Mutual Insurance Company and Kimberly Firszt are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that each side shall bear its own attorney's fees and costs.

So ORDERED and SIGNED this 7th day of November 2018.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE